# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROSIE MATHES

VERSUS

PNK (BATON ROUGE) PARTNERSHIP, ET AL.

CIVIL ACTION

17-392-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated November 6, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand and Motion for Sanctions*[3] is GRANTED in part and that this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a). It is further ordered that Plaintiff's request for costs and attorneys' fees under 28 U.S.C. § 1447(c) is DENIED.

Baton Rouge, Louisiana the 28 day of November, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 13.
[3] Rec. Doc. 3.